UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER KNIGHT,**

        **Plaintiff,**

**v.**                                          **Case No. 6:25-cv-245-CEM-LHP**

**CITY OF WINTER PARK,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 9), recommending that the Motion be denied and the Complaint be dismissed with leave to amend, (*id.* at 9).

Plaintiff filed an untimely Objection (Doc. 10). Therein, he objects to the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) as unauthorized by statute. However, he cites no case law in support of this argument or his reading of 28 U.S.C. § 1915. Beyond the untimely nature of the Objection, the Court need not address an unsupported argument. *U.S. Steel Corp. v. Astrue*, 495 F.3d 1272, 1287 n.13 (11th Cir. 2007) (refusing to address a

"perfunctory and underdeveloped argument" with no citation to legal authority and collecting cases).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. **On or before August 11, 2025,** Plaintiff may file an Amended Complaint and Renewed Motion to Proceed *In Forma Pauperis*, by completing an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), that corrects the deficiencies set forth in the R&R. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party